# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA GUZMAN LARA et al., | Case No.  1:25-cv-0906-KES-EGC |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | (Doc. 12) |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 12), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the October 30, 2025 Scheduling Order, (Doc. 10), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | July 10, 2026 | October 9, 2026 |
| Disclosure of Experts | July 24, 2026 | October 23, 2026 |
| Disclosure of Rebuttal Experts | August 7, 2026 | November 13, 2026 |
| Expert Discovery Deadline | August 21, 2026 | November 30, 2026 |
| Non-Dispositive Motions (filing deadline) | August 26, 2026 | December 2, 2026 |
| Non-Dispositive Motions (hearing deadline) | September 30, 2026 | January 6, 2026 |
| Dispositive Motions (filing deadline) | September 2, 2026 | December 9, 2026 |

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.  Additionally, although not requested, the pretrial conference and trial dates were continued to comply with the Court's standing order requiring at least sixteen (16) weeks between the dispositive motion hearing and the pretrial conference, and at least eight (8) weeks between the pretrial conference and trial.

| Dispositive Motions (hearing deadline) | October 5, 2026 | February 1, 2027 |
| Pretrial Conference | February 8, 2027 | May 24, 2027 |
| Trial | April 6, 2027 | July 27, 2027 |

IT IS SO ORDERED.

Dated:    **July 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2